By **February 16, 2024**, Plaintiff shall file a status letter regarding his efforts to serve Defendant. Plaintiff's request of an additional 30 days to effect service is **DENIED** without prejudice to renewal closer to the deadline and upon a showing of diligent effort to accomplish service between now and the deadline.  Under Fed. R. Civ. P. 4(m), Plaintiff's deadline to serve the Complaint is February 29, 2024.  The initial pretrial conference scheduled for January 17, 2024, is adjourned to **March 6, 2024, at 4:00 P.M.**  At that time, the parties shall call 888-363-4749 and enter the access code 558-3333.  The deadline for the parties to file the joint letter and proposed case management plan is extended to **February 28, 2024**.  So Ordered.

Dated: January 11, 2024
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

RE:   SUAREZ V. AMAS-ARMORY, LLC
      **DOCKET NO. 1:23-cv-10518-LGS**

Dear Judge Schofield:

The undersigned represents Alvin Suarez, the plaintiff in the above-referenced matter. I write to respectfully request an adjournment of the January 17, 2024 initial pretrial conference. This is plaintiff's first request for an adjournment of the conference and for an extension of time to serve the defendant.

The defendant, Amas-Armory, LLC, has proven elusive for service despite diligent attempts at the address listed on their website. On December 12, 2023, our process server encountered no response to knocks and rings at the suite believed to be occupied by the defendant. At a subsequent attempt on December 19, 2023, an individual at the location informed out process server that he had no knowledge of the defendant, asserting that a different business occupies the suite.

Our office is currently engaged in locating the defendant's accurate address and we respectfully request an additional 30 days to effectuate service. Additionally, we request a 60-day adjournment of the initial pre-trial conference to allow the defendant sufficient time to secure legal representation for their appearance.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy