UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALVIN SUAREZ,
                      Plaintiff,

            -against-

AMAS - ARMORY, LLC,
                      Defendant.
------------------------------------------------------------X

23 Civ. 10518 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on March 21, 2024, Defendant was advised that a corporation cannot proceed pro se and was directed to file a letter by April 12, 2024, stating the amount of time it would need to secure counsel;

WHEREAS, on April 22, 2024, Defendant's CEO, Jason Wright, emailed the Court stating that he is in the process of retaining counsel.  It is hereby

**ORDERED** that every two weeks beginning April 26, 2024, Defendant shall update the Court on the status of the counsel search.

Dated: April 23, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE